**[J-57-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 17 MAP 2014 |
| | : |
| Appellee | : |
| | : Appeal from the Order of the Superior |
| | : Court dated 9/5/13 at No. 2977 EDA 2012 |
| v. | : Affirming the Order of Northampton |
| | : County Court of Common Pleas, Criminal |
| | : Division, dated June 5, 2012 at No. CP- |
| GREGORIO TORO, III, | : 48-CR-60-2006. |
| | : |
| Appellant | : Submitted: June 4, 2014 |

## ORDER

**PER CURIAM**                                          **DECIDED: August 18, 2014**

**AND NOW**, this 18th day of August, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.